IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **LARRY E. WILLIAMS,** | ) | **4:13CV3170** |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| **ROBERT HOUSTON, Director, and** | ) | |
| **FRED BRITTON, Warden,** | ) | |
| | ) | |
| Respondents. | ) | |

This matter is before the court on its own motion. On October 4, 2013, the Court entered an order directing Petitioner to pay the $5.00 filing fee in this matter. (Filing No. 5.) However, this order was entered in error, as Petitioner paid the filing fee on September 30, 2013.

IT IS THEREFORE ORDERED that: The Clerk's Office is directed to strike from the Docket Sheet the Court's Memorandum and Order dated October 4, 2013 (Filing No. 5).

DATED this 22nd day of October, 2013.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge