IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LARRY E. WILLIAMS,<br><br>                Plaintiff,<br><br>vs.<br><br>MICHAEL L. KENNEY,<br><br>                Defendant. | 4:13CV3170<br><br>**ORDER** |

IT IS ORDERED that the motion to withdraw filed by J. Kirk Brown as counsel of record on behalf of Michael L. Kenney, (filing no. 24), is granted.

Dated this 30th day of April, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge